No. 4,138.—FRED C. AUGOOD, RESPONDENT, *v.* FRANK L. HOAR, RESPONDENT; GREAT NORTHERN RY. CO., APPELLANT.

*Appeal from District Court, Silver Bow County; J. J. Lynch, Judge.*

Decided December 30, 1918.

PER CURIAM.—Pursuant to stipulation of the parties herein, it is ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed, each party paying his own costs.

*Messrs. Veazey & Veazey,* for Appellant.

*Messrs. McCaffery & Tyler,* for Respondent Augood.

---

No. 4,334.—C. C. BRONSON, RESPONDENT, *v.* THOMAS FITCH, APPELLANT.

*Appeal from the District Court, Hill County.*

Decided December 30, 1918.

PER CURIAM.—Upon motion of respondent to dismiss the appeal herein for failure of appellant to file his record on appeal within the time prescribed by law, the appeal is hereby dismissed.

*Mr. Talbert Erickson,* for Appellant.

*Messrs. Stranahan & Stranahan,* for Respondent.